UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO LINARES,<br><br>             Plaintiff,<br><br>             v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>             Defendant. | Case No. CV 14-3524 JC<br><br>JUDGMENT |

      IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: October 31, 2014

                                                                     /s/<br>
                                        Honorable Jacqueline Chooljian<br>
                                        UNITED STATES MAGISTRATE JUDGE